# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00085-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| VIVEK NARANG, | |
| Defendant. | |

Pending before the Court is Defendant Vivek Narang's Motion for his Sentencing Transcript. ECF No. 61. The Court notes the Clerk of Court has already mailed Defendant the Transcript Order form he must complete and return to the Court.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for his Sentencing Transcript (ECF No. 61) is DENIED without prejudice as moot.

Dated this 21st day of November, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE